**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, et al.,<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. Case No. 22-10964 (MG)<br>(Jointly Administered) |
| MOHSIN Y. MEGHJI, LITIGATION ADMINISTRATOR, AS REPRESENTATIVE FOR THE POSTEFFECTIVE DATE DEBTORS,<br><br>Plaintiff,<br>vs.<br><br>WADE NOEL OLSEN,<br><br>Defendant. | Adv. No. 24-02668 |

**NOTICE OF WITHDRAWAL OF REQUEST FOR AMENDED SUMMONS**

PLEASE TAKE NOTICE that the Request for Amended Summons docketed in the above-captioned matter was filed erroneously and is hereby withdrawn.

Dated: 8/1/2024

ASK LLP

/s/ *Brigette McGrath*
Brigette McGrath, Esq.
2600 Eagan Woods Drive, Suite 400
St. Paul, Minnesota 55121
Telephone: (651) 406-9665
Email: bmcgrath@askllp.com